IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:24-cv-714

| Yonaira Montoya Sutton Locklear | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF** |
| | ) | **VOLUNTARY DISMISSAL** |
| CELLCO PARTNERSHIP d/b/a VERIZON | ) | |
| WIRELESS and VERIZON AMERICAS LLC, | ) | |
| Defendants. | ) | |

Please take note that under Federal Rule of Civil Procedure 41(a)(1), Plaintiff Yonaira Montoya Sutton Locklear, by and through her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed against Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Americas LLC.

This Tuesday, December 17, 2024

*Albert D. Kirby, Jr.*
_____
The Kirby Law Firm
Attorney for the Plaintiff
118 Lisbon Street
Post Office Box 1250
Clinton, North Carolina 28329
Telephone: (910) 592-4481
Fax Number: (910) 773-2008
Email: albertd@kirbylawfirm.com